WEIS v. SZYCH. (Circuit Court of Appeals, Fourth Circuit. November 6, 1903.) No. 484. Appeal from the Circuit Court of the United States for the District of Maryland. John C. Rose, U. S. Atty., for appellant. C. J. Benkoski, for appellee. Dismissed on motion in writing by appellant.

WESTERN IRRIGATED LAND CO. v. PATTON et al. (Circuit Court of Appeals, Eighth Circuit. December 18, 1903.) No. 1,976. Appeal from the Circuit Court of the United States for the District of Kansas. W. H. Rossington, Charles Blood Smith, and Clifford Histed, for appellant. Appeal dismissed, on motion of appellant, without costs to either party in this court.

WESTON PAPER & MFG. CO. v. WRIGHT. (Circuit Court of Appeals, Seventh Circuit. November 17, 1903.) No. 1,015. In Error to the Circuit Court of the United States for the Northern District of Illinois. Horace Kent Tenney and Oscar M. Gottschall, for plaintiff in error. Wm. A. Doyle, for defendant in error. No opinion. Judgment affirmed.

WIER v. McKECHNEY et al. (Circuit Court of Appeals, Seventh Circuit. December 15, 1903.) No. 916. Appeal from the Circuit Court of the United States for the Northern District of Illinois. Chas. H. Aldrich, for appellant. John S. Miller, for appellees. Dismissed on motion of counsel for appellant.

WITTMANN CO. v. EDISON PHONOGRAPH CO. (Circuit Court of Appeals, Eighth Circuit. January 4, 1904.) No. 1,938. Appeal from the Circuit Court of the United States for the District of Nebraska. A. S. Tibbets and W. L. Anderson, for appellant. Dismissed, with costs, on motion of the appellant.

In re WORTHINGTON, SMITH & CO. (Circuit Court of Appeals, Second Circuit. January 25, 1904.) No. 88. Petition for Revision of Proceedings of the District Court of the United States for the Southern District of New York, in Bankruptcy. Wm. J. Barr, for appellant. R. E. Dwight, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The order sought to be reviewed is one resting in the sound discretion of the District Judge. It is affirmed.

SAXLEHNER v. EISNER & MENDELSON CO. (Circuit Court, S. D. New York. January 11, 1904.) The master's report allowed complainant damages in the sum of $29,793.86, net profit from infringement of trade-mark. Antonio Knauth, for complainant. Chas. G. Coe, for defendant.

WALLACE, Circuit Judge. The exceptions to the master's report have been fully considered, and are overruled. The complainant is entitled to a decree conformably to the report.